■ BRIDGET M., Individually and as Custodial Parent of AMBER A. and Another, Infants, Appellant, v STEPHEN BATES BILLICK, Respondent. [826 NYS2d 568]—

Order, Supreme Court, New York County (Sheila Abdus-Salaam, J.), entered January 26, 2006, which granted defendant's motion pursuant to CPLR 3211 (a) to dismiss the complaint, unanimously affirmed, with costs.

Defendant, a psychiatrist appointed by the court as the neutral forensic evaluator with the consent of the parties' attorneys and the children's Law Guardian in an underlying custody proceeding in Family Court (*see Matter of John A. v Bridget M.*, 16 AD3d 324 [2005], *lv denied* 5 NY3d 710 [2005]), has judicial immunity from suit for malpractice regarding the work he performed (*see Colombo v Schwartz*, 15 AD3d 522 [2005]; *Deed v Condrell*, 150 Misc 2d 279 [1991], *affd* 177 AD2d 1055 [1991]). Plaintiffs have failed to show any exception that would warrant lifting the immunity. Concur—Gonzalez, J.P., Sweeny, McGuire, Malone and Kavanagh, JJ.